UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                               Case No. 2:16-cr-23
                                             HON. PAUL L. MALONEY

GLENN DAVID TEEPLE,

           Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on November 15, 2016 for an initial appearance and arraignment on the indictment charging him with Assault by Strangulation and Domestic Assault - Habitual Offender.  The government filed a motion for pretrial/temporary detention (ECF 7) which was supported by the pretrial services report.  Defense counsel requested time to talk with her client and prepare for a detention hearing.

      Accordingly, the Court ordered the defendant detained pending further proceedings.

      IT IS FURTHER ORDERED that defendant may not have any contact with C.E.S., either directly, indirectly or through a third party.

      IT IS SO ORDERED.

Dated:  November 16, 2016         /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          U.S. MAGISTRATE JUDGE