UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-23 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| GLENN DAVID TEEPLE | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Glenn David Teeple appeared before the undersigned on February 11, 2025 for a first appearance on an amended probation petition and order (ECF No. 77).

For reasons stated on the record at the February 11, 2025 hearing:

IT IS HEREBY ORDERED that Defendant will remain detained pending final revocation hearing.

IT IS ORDERED.


Date: __February 14, 2025__         /s/ *Maarten Vermaat*
                                    MAARTEN VERMAAT
                                    U.S. MAGISTRATE JUDGE